UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARINA VENTURES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AGRI STATS, INC.; EXPRESS | § | |
| MARKETS INC.; BUTTERBALL LLC; | § | |
| CARGILL INC.; CARGILL PROTEIN | § | |
| – NORTH AMERICA f/k/a CARGILL | § | |
| MEAT SOLUTIONS CORPORATION; | § | CIVIL ACTION NO. 4:23-cv-02685 |
| COOPER FARMS, INC.; FARBEST | § | |
| FOODS, INC.; FOSTER FARMS, LLC; | § | |
| FOSTER POULTRY FARMS LLC; | § | |
| HORMEL FOODS CORPORATION; | § | |
| JENNIE-O TURKEY STORE, INC.; | § | |
| HOUSE OF RAEFORD FARMS, INC.; | § | |
| PERDUE FARMS, INC.; PERDUE | § | |
| FOODS LLC; PRESTAGE FARMS, | § | |
| INC.; PRESTAGE FOODS, INC.; | § | |
| PRESTAGE FARMS OF SOUTH | § | |
| CAROLINA, LLC; TYSON FOODS, | § | |
| INC.; TYSON FRESH MEATS INC.; | § | |
| TYSON PREPARED FOODS, INC.; | § | |
| AND THE HILLSHIRE BRANDS | § | |
| COMPANY, | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO CONTINUE**
**INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

  Plaintiff Carina Ventures LLC ("Plaintiff") and Defendants Agri Stats, Inc.; Express

Markets, Inc.; Butterball LLC; Cargill Incorporated; Cargill Meat Solutions Corporation;

Cooper Farms, Inc.; Farbest Foods, Inc.; Foster Farms, LLC; Foster Poultry Farms LLC;

1

Hormel Foods Corporation; Jennie-O Turkey Store, Inc.; House of Raeford Farms, Inc.; Perdue Farms, Inc.; Perdue Foods LLC; Prestage Farms, Inc.; Prestage Foods, Inc.; Prestage Farms of South Carolina, LLC; Tyson Foods, Inc.; Tyson Fresh Meats Inc.; Tyson Prepared Foods, Inc.; and the Hillshire Brands Company (collectively, "Defendants") file this joint motion for continuance of initial pretrial and scheduling conference, and for support state as follows:

1. Plaintiff filed its Complaint on July 21, 2023.  Dkt. 1.

2. On July 25, 2023, the Court issued its Order for Conference and Disclosure of Interested Parties, setting an initial pretrial and scheduling conference before Magistrate Judge Andrew M. Edison for November 29, 2023.  Dkt. 10.

3. On August 11, 2023, the parties filed a joint stipulation and agreement requesting that the Court issue a briefing schedule for Defendants' anticipated motion to transfer this action to the United States District Court for the Northern District of Illinois. Dkt. 21.  The Court approved the parties' proposed briefing schedule on August 11, 2023. Dkt. 27.  Pursuant to the briefing schedule, Defendants' deadline to answer or otherwise respond in this matter is not until thirty (30) days after the Court has issued its decision on Defendants' motion to transfer venue.  Dkt. 27

4. Defendants motion to transfer was timely filed and is now fully briefed and awaiting the Court's disposition.  Dkt. 64, 103, 104.

5. On October 11, 2023, Plaintiff filed a request for pre-motion conference regarding its anticipated motion for leave to amend its complaint.  Dkt. 105.

2

6. On October 25, 2023, the Court set a motion hearing for November 30, 2023 on Plaintiff's request for a pre-motion conference regarding its motion to amend its complaint, Defendants' motion to transfer venue, and to discuss all other pending issues before the Court. Dkt. 108.

7. To ensure the most orderly disposition of this matter and the most efficient use of the resources of both the parties and the Court, Plaintiff and Defendants mutually request that the Court continue the initial pretrial and scheduling conference and reset it for a date after the November 30, 2023 motion hearing.

## PRAYER

For the reasons stated, Plaintiff and Defendants respectfully request that the Court continue the initial pretrial and scheduling conference in this matter and reset it for a date after the November 30, 2023 motion hearing.

Respectfully Submitted,

 /s/ *Michael S. Mitchell*
Scott E. Gant (*pro hac vice*)
Michael S. Mitchell (*pro hac vice*)
Boies Schiller Flexner LLP
1401 New York Ave., NW
Washington, DC 20005
Tel: 202-237-2727
Fax: 202-237-6131
sgant@bsfllp.com
mmitchell@bsfllp.com

Colleen Harrison (*pro hac vice*)
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
Tel: 914-749-8204
Fax: 914-749-8300
charrison@bsfllp.com

Sarah L. Jones (*pro hac vice*)
Boies Schiller Flexner LLP
725 South Figueroa Street
Los Angeles, California 90017
Tel: 213-629-9040
Fax: 213-629-9022
sjones@bsfllp.com

Christopher A. Seeger (*pro hac vice*)
Jennifer Scullion (*pro hac vice*)
Seeger Weiss LLP
55 Chandler Rd.
Ridgefield Park, NJ 07600
Tel: 212-584-0700
cseeger@seegerweiss.com
jscullion@seegerweiss.com

***Counsel for Plaintiff***
***Carina Ventures LLC***

*/s/Bruce D. Oakley*
Bruce D. Oakley
Texas Bar No. 15156900
Southern District of Texas No. 11824
HOGAN LOVELLS US LLP
609 Main Street
Houston, Texas 77002
Tel: (713) 632-1400
Fax: (713) 632-1400
bruce.oakley@hoganlovells.com

**Counsel for Agri Stats, Inc. and Express Markets, Inc.**

*/s/ Craig S. Coleman*
Craig S. Coleman (*pro hac vice*)
Minnesota Bar No. 0325491
Emily E. Chow (*pro hac vice*)
Minnesota Bar No. 0388239
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minnesota, MN 55401
(612) 766 7000
(612) 766 1600
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

D. Alexander Harrell
Texas Bar No. 24055624
Southern District of Texas No. 928680
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 – Facsimile
alex.harrell@faegredrinker.com

**Counsel for Hormel Foods Corporation and Jennie-O Turkey Store, Inc.**

*/s/ Jill Rogers Spiker*
Jill Rogers Spiker (*pro hac vice*)
CARPENTER LIPPS LLP
280 N. High St., Suite 1300
Columbus, OH 43215
614-365-4100
spiker@carpenterlipps.com

**Counsel for Cooper Farms, Inc.**

*/s/ Gaspare J. Bono*
Gaspare J. Bono (*pro hac vice*)
Leslie A. Barry (*pro hac vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500
gap.bono@dentons.com
leslie.barry@dentons.com

Adam J. Wallstein (*pro hac vice*)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
adam.wallstein@dentons.com

**Counsel for Farbest Foods, Inc.**

5

US.360655289.01 425149.000174

| | |
|---|---|
| */s/ Britt M. Miller* <br> Britt M. Miller (*pro hac vice*) <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone:  (312) 782-0600 <br> bmiller@mayerbrown.com <br><br> **Counsel for Cargill, Incorporated and Cargill Meat Solutions Corporation** | */s/ Alexander D. Burch* <br> Alexander D. Burch (SDTX No.: 1671580) <br> Baker & McKenzie LLP <br> 800 Capitol Street, Suite 2100 <br> Houston, TX  77002 <br> 713-427-5038 <br> alexander.burch@bakermckenzie.com <br><br> **Counsel for House of Raeford Farms** |
| */s/* William S. Cherry III <br> William S. Cherry III, N.C. State Bar # 33860 (*pro hac vice*) <br> MANNING, FULTON & SKINNER, P.A. <br> Post Office Box 20389 <br> Raleigh, North Carolina 27619 <br> Telephone: (919) 787-8880 <br> Facsimile: (919) 325-4600 <br> E-mail:  cherry@manningfulton.com <br><br> **Counsel for Prestage Farms, Inc., Prestage Foods, Inc., and Prestage Farms of South Carolina, LLC** | */s/ Carmine R. Zarlenga* <br> Carmine R. Zarlenga (SDTX Bar No. 3144210) <br> Oral Pottinger (*pro hac vice*) <br> MAYER BROWN LLP <br> 1999 K Street NW <br> Washington, DC  20006 <br> Telephone: (202) 263-3000 <br> czarlenga@mayerbrown.com <br> opottinger@mayerbrown.com <br><br> **Counsel for Foster Farms, LLC and Foster Poultry Farms LLC** |

US.360655289.01 425149.000174

*/s/ Danielle R. Foley*
Danielle R. Foley (*pro hac vice*)
Lisa Jose Fales (*pro hac vice*)
Paul Feinstein (*pro hac vice*)
Kristin M. Koger (*pro hac vice*)
Andrew T. Hernacki (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC  20001
Telephone: (202) 344-4000
drfoley@venable.com
ljfales@venable.com
pfeinstein@venable.com
kmkoger@venable.com
athernacki@venable.com

**Counsel for Perdue Farms, Inc. and Perdue Foods LLC**


Christopher E. Ondeck (*pro hac vice*)
Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC  20004
Telephone:  (202) 416-6800
Condeck@proskauer.com
CKass@proskauer.com

**Counsel for Butterball LLC**

*/s/ Tiffany Rider Rohrbaugh*
Tiffany Rider Rohrbaugh (*pro hac vice*)
Rachel J. Adcox (*pro hac vice*)
Kenina J. Lee (*pro hac vice*)
Allison M. Vissichelli (*pro hac vice*)
Lindsey Strang Aberg (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
1901 L St. NW
Washington, DC 20036
T: (202) 912-4700
F: (202) 912-4701
trider@axinn.com
radcox@axinn.com
klee@axinn.com
avissichelli@axinn.com
lstrang@axinn.com

**Counsel for Tyson Foods, Inc., Tyson Fresh Meats Inc., Tyson Prepared Foods, Inc., and the Hillshire Brands Company**

7

US.360655289.01 425149.000174

## CERTIFICATE OF SERVICE

    I certify that on November 22, 2023, a true and correct copy of the foregoing was served on all counsel of record via email and /or the Court's CM/ECF system.

                                                 */s/ D. Alexander Harrell*
                                                 D. Alexander Harrell

US.360655289.01 425149.000174