# HEARING MINUTES

Cause No:        4:23-CV-2685

Style:            Carina Ventures LLC v. Agri Stats, Inc. et al

Hearing Type:  Pre-motion conference and motion hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Colleen A. Harrison | Plaintiff |
| Jennifer R. Scullion | Plaintiff |
| Scott E. Gant | Plaintiff |
| Craig Coleman | Hormel Foods; Jennie-O |
| Gaspare J. Bono | Farbest Foods |
| William S. Cherry, III | Prestage entities |
| Jill Spiker | Cooper Farms |
| Leslie Barry | Farbest Foods |
| Danielle R. Foley | Perdue entities |
| Allison M. Vissichelli | Tyson entities; Hillshire Brands |
| Stephen Chuk | Butterball |
| Britt M. Miller | Cargill entities |

Date: November 30, 2023         Court reporter: ERO
Time: 11:00 a.m.—11:11 a.m.     Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

   The Court held a pre-motion conference and a motion hearing. The Court gave Plaintiff leave to amend its complaint. Plaintiff may file an amended complaint **on or before December 8, 2023**.

   The parties will continue conducting discovery and preparing the case for trial while Defendants' motion to transfer the case to the Northern District of Illinois is pending.